# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jules Wilondja,

        Petitioner,

v.

Luis Rosa, Jr., *et al.*,

        Respondents.

No. CV-26-05023-PHX-JJT

**ORDER**

At issue is Jules Wilondja's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1), filed July 17, 2026. This is Mr. Wilondja's second habeas petition under Section 2241. His first, filed just over a month ago, is pending before the Court as matter No. CV-26-04018-PHX-JJT and is now briefed on an expedited basis as ordered and awaiting the Court's decision. It is nearly identical to the Petition in the present action. Petitioner uses the same form and raises the same four grounds for habeas release as he did in his previous pending petition—including the three Grounds the Court already has dismissed. *Wilondja v. Rosa et al.*, No. CV-26-04018-PHX-JJT (Doc. 3), D. Ariz. June 9, 2026. The only difference the Court discerns is that in Ground 3 of the instant Petition, Petitioner has included a date upon which he purportedly was denied a bond hearing, whereas in Ground 3 of his Petition in the already pending action—the sole ground the Court let stand in that matter, Petitioner provided no such date. The instant matter is entirely duplicative of the pending matter Petitioner already has brought, which is already pending before this Court for decision.

**IT IS ORDERED** dismissing the Petition (Doc. 1) and this matter as duplicative. The Clerk of Court shall terminate this matter.

Dated this 20th day of July, 2026.

_____
Honorable John J. Tuchi
United States District Judge